[No. 26067-1-II.   Division Two.   August 10, 2001.]

STAT (STOP THE AMPHITHEATER TODAY), ET AL., *Appellants*, v. CLARK COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 99-2-04114-7, Roger A. Bennett, J., entered June 1, 2000. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 26248-7-II.   Division Two.   August 10, 2001.]

CHARLES H. BERNERT, ET AL., *Appellants*, v. KITSAP COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 99-2-01023-1, Terry K. McCluskey, J., entered July 5, 2000. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, C.J., and Houghton, J.

[No. 45635-1-I.   Division One.   August 13, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. EDDIE L. LAWRENCE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-08946-4, Ann Schindler, J., entered November 5, 1999. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Coleman and Grosse, JJ.

[No. 46225-3-I.   Division One.   August 13, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY LEE ALLEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-08738-7, Ronald Kessler, J., entered March 3, 2000. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Agid, C.J., and Cox, J.